1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HENRY WILLIAM TELLES,                         CASE NO.   1:10cv0982 AWI SKO

            Plaintiff pro se,            ORDER DENYING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS

    v.                                      (Doc. 2)

CITY OF WATERFORD et al.,

           Defendants.
_____/

       Plaintiff is proceeding pro se in this action.  Plaintiff filed his complaint on June 2, 2010, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application reflects that he is self-employed and earns $1,500 per week and that his monthly expenses include $850.00 in rent. Because Plaintiff's application demonstrates that he is not entitled to proceed without prepayment of fees, his application is DENIED.  Within thirty (30) days of the date of this order, Plaintiff shall either pay the $350.00 filing fee or dismiss this case.

IT IS SO ORDERED.

**Dated:**   **June 14, 2010**           _____ **/s/ Anthony W. Ishii** _____
                                        CHIEF UNITED STATES DISTRICT JUDGE