# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY WILLIAM TELLES, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WATERFORD, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:10-cv-00982-AWI-SKO<br><br>**ORDER REGARDING AMENDED COMPLAINT** |

On March 4, 2011, Plaintiff Henry William Telles, Sr. ("Plaintiff") filed an amended complaint. (Doc. 9.) As Plaintiff is not proceeding in forma pauperis, the Court has no continuing obligation to screen the complaint pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court issue the appropriate new civil case documents and summonses required for service of the amended complaint; and

2. Plaintiff effect service upon Defendants once Plaintiff receives the appropriate summonses from the Clerk of the Court.

IT IS SO ORDERED.

**Dated:   March 24, 2011**         /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE