IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY WILLIAM TELLES, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF WATERFORD, COUNTY OF ) <br> STANISLAUS, STANISLAUS COUNTY ) <br> SHERIFF'S DEPARTMENT, OFFICER ) <br> DENNIS CORDOVA, in his individual ) <br> and official capacities, JOHN PURCH, ) <br> in his individual and official capacities, ) <br> ROBERT FISHER, in his individual and ) <br> official capacities, DAN BILBRAY, in his ) <br> individual and official capacities, ) <br> OFFICERS NUNOS, BRALEY, ) <br> HEILMAN, HINKLE, MATOS, ) <br> JENKINS and KIRKBRIDGE, and ) <br> DOES 1-50, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | CIV F 10-09892 AWI SKO <br><br> ORDER VACATING <br> HEARING DATE OF AUGUST <br> 29, 2011, AND TAKING <br> MOTIONS TO DISMISS <br> UNDER SUBMISSION |

   In this action for civil rights violation and damages, defendants City of Waterford filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on July 15, 2011. Defendants County of Stanislaus and the listed individual defendants filed a motion to dismiss pursuant to Rule 12(b)(6) on July 18, 2011. Plaintiff's opposition to both motions was filed on August 12, 2011. As of this writing, no reply briefs have been filed. Defendants' motions to dismiss were scheduled for oral argument to be heard on August 29, 2011. The court has reviewed Defendants' moving papers and Plaintiff's opposition and has determined that the

1  that the motions are suitable for decision without oral argument.  Local Rule 78-230(h).
2      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 29,
3  2011, is VACATED and no party shall appear at that time.  The court will take the matter under
4  submission as of August 29, 2011, and will thereafter render its decision.

6  IT IS SO ORDERED.

7  Dated:    August 22, 2011
8                                                                    CHIEF UNITED STATES DISTRICT JUDGE

2