# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

```
HENRY WILLIAM TELLES,

            Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:10-cv-00982-AWI-BAM

COUNTY OF STANISLAUS et al.,

            Defendants.
_____/
```

Judgment is entered in this action in favor of Defendants and against Plaintiff Henry William Telles on all plaintiff's claims, according to the verdicts of trial jury returned in open Court December 11, 2013. Defendants shall recover costs of suit.

DATED: December 13, 2013                VICTORIA C. MINOR, Clerk


                                                /s/ RENEE GAUMNITZ
                                        By:     Renee Gaumnitz,
                                                Deputy Clerk